DOC NO
REC'D/FILED

# ATTACHMENT 1

2016 MAR 29 AM 11:5

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

# COMPLAINT FORM

(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____

(Full name of plaintiff(s))

Mikiea L Price

vs

(Full name of defendant(s))

Adam Auto Sale

Case Number:

**16 C 197-jdp**

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   __6312 hammersley rd__
   (Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant  Adam (owner) 
                                                                  (Name)

is (if a person or private corporation) a citizen of  IL 
                                                                  (State, if known)
and (if a person) resides at  7158 W 63rd St 
                                                                  (Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for _____
                                                  (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

In feb 2015 Adam Knowly sold me a broke 2007 Audi Q7. when I drove the car back home to madison WI, the check engine light came on. I took the car to the Audi dealers they comfirmed that this car had alot of trouble. I took the car back to adam he kept it and claimed he fixed it. but the Audi dealer said it wasn't, I been going through this for a whole year I'm asking for my money back

Attachment One (Complaint) – 2

C. JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ 21,000 .

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I'm asking for my money back plus re-pay my loan. that made me in doubt.

E.  JURY DEMAND

☐ Jury Demand – I want a jury to hear my case
   OR
☑ Court Trial – I want a judge to hear my case

Dated this 29 day of March 20 16.

Respectfully Submitted,

_____
Signature of Plaintiff

(608) 572-1971
Plaintiff's Telephone Number

msmikieapria@gmail.com
Plaintiff's Email Address

6312 hammersley rd

madison WI, 53711
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☐ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☑ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.