IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **Mikiea Price,** | : | |
| | : | Case No. 16 cv 11388 |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | Honorable Ronald A. Guzman |
| | : | |
| **Adams Auto Sales, In.** | : | Honorable Sidney I Schenkier |
| | : | |
| **Defendant.** | : | |
| | : | |

## STIPULATION TO DISMISS

All matters in dispute between the parties as alleged in the Plaintiff's Complaint to the above entitled cause have been satisfactorily compromised and settled.

It is hereby stipulated and agreed by and between said parties, by their respective attorneys, that the said cause shall be dismissed, without costs to either party.

It is further stipulated and agreed that an order pursuant to the foregoing may be entered of record without further notice to either party, upon the presentation of this stipulation.

It is further stipulated and agreed that said dismissal shall be a bar to the bringing of any action based on or including the claims in this action, except for an action to enforce the settlement agreement of the parties.

Wherefore, the parties hereto pray that the court will enter an order dismissing this cause.

Respectfully Submitted,

   /s/ Joel A. Brodsky                                                   /s/ Mikiea L. Price     
Joel A. Brodsky                                                       Mikiea L. Price
Attorney for Defendant                                    Plaintiff Pro Se
8 S. Michigan Avenue                                       4 O'Brien Ct
Chicago, Illinois 60603                                    Madison WI 53714
(312) 541-7000                                              (608) 572-1971